■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO BICET, Appellant. [810 NYS2d 904]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision

and order of this Court dated February 10, 1992 (*People v Bicet,* 180 AD2d 692 [1992]), affirming a judgment of the Supreme Court, Queens County, rendered September 4, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Crane, JJ., concur.